(122 So. 701)
## J. G. HANKS v. C. R. EVERETT.
### (7 Div. 899.)

Supreme Court of Alabama.   May 30, 1929.

Rutherford Lapsley, of Anniston, for petitioner.

Willett & Willett, of Anniston, opposed.

THOMAS, J.   Petition of J. G. Hanks for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Hanks v. Everett, etc., 122 So. 700.

Writ denied.

ANDERSON, C. J., and SAYRE and BROWN, JJ., concur.